UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GONZALE LINARES
BLANCA LINARES ET AL


      VS                                          C.A. NO.:  16-481S

US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE HOLDERS OF THE SPECIALTY
UNDERWRITING AND RESIDENTIAL FINANCE TRUST,
MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
2006-BC4, ALIAS,
NATIONSTAR MORTGAGE, LLC,
JOHN DOE, ALIAS


**MOTION FOR EXTENSION OF TIME**

    Plaintiffs, by their Attorney, move for an extension of time to file an Amended Complaint for an additional fourteen days to September 14, 2017. The deadline to file as set by this Court is August 31, 2017.

    Plaintiffs need additional time to complete their amended pleading.

    Plaintiffs have sought the consent of the Defendants to this Motion, who agree so long as the Plaintiffs do not seek any additional extensions. Plaintiffs accept this limitation and agree that the Amended Complaint must be filed by September 20, 2017 with no extensions sought under any circumstances.

1

|  |  |
|---|---|
|  | GONZALO LINARES<br>BLANCA LINARES<br>By their Attorney |
| August 30, 2017 | /s/ John B. Ennis<br>JOHN B. ENNIS, ESQ., #2135<br>1200 Reservoir Avenue<br>Cranston, Rhode Island 02920<br>(401) 943-9230<br>jbelaw75@gmail.com |

## CERTIFICATION

I hereby certified that I emailed a copy of the within Motion for Extension of Time to the following on August 30, 2017:

David J. Pellegrino
40 Westminster Street
Providence, RI 02903

/s/ John B. Ennis