**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CHRISTOPHER PEMENTAL**

    **VS**                                                                                  **C.A. NO.: 16-483S**
**THE BANK OF NEW YORK MELLON**
**F/K/A THE BANK OF NEW YORK, AS**
**TRUSTEE FOR THE HOLDERS OF THE**
**CERTIFICATES, FIRST HORIZON**
**MORTGAGE PASS-THROUGH**
**CERTIFICATES SERIES FHAMA**
**2004-AA5, ALIAS, et al**

## MOTION FOR EXTENSION OF TIME

Plaintiff, by his Attorney, move for an extension of time to file a response to the Motion to Dismiss to February 18, 2018. Defendants have obtained new counsel and the parties are discussing resolution of this case and the Defendants assent to this Motion.

                                                    CHRISTOPHER PEMENTAL

                                                    By his Attorney

January 18, 2018                                       /s/ John B. Ennis
                                                            JOHN B. ENNIS, ESQ., #2135
                                                            1200 Reservoir Avenue
                                                            Cranston, Rhode Island 02920
                                                            (401) 943-9230
                                                            jbelaw75@gmail.com

## CERTIFICATION

I hereby certified that I emailed a copy of the within Motion for Extension of Time to the following on January 18, 2018:

David J. Pellegrino and Crystal Cooke.

/s/ John B. Ennis