**UNITED STATES DISTRICT COURT**
for the
**District of Rhode Island**

| | |
|---|---|
| GONZALO LINARES AND BLANCA LINARES )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>U.S. BANK NATIONAL ASSOCIATION )<br>AS TRUSTEE FOR THE HOLDERS OF )<br>THE SPECIALTY UNDERWRITING )<br>AND RESIDENTIAL FINANCE TRUST, )<br>MORTGAGE LOAN ASSET-BACKED )<br>CERTIFICATES, SERIES 2006-BC4, )<br>NATIONSTAR MORTGAGE LLC AND )<br>JOHN DOE )<br>)<br>*Defendants*. ) | Case No. 1:16-cv-00481-WES-LDA |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise to practice in this court, and I appear in this case as counsel for:

**U.S. Bank National Association as Trustee for the Holders of the Specialty Underwriting and Residential Finance Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-BC4 and Nationstar Mortgage LLC**

Date: January 19, 2018

By: /s/ *Crystal L. Cooke*
Crystal L. Cooke (RI Bar No. 8773)
Sandelands Eyet LLP
1545 U.S. Highway 206, Suite 304
Bedminster, NJ 07921
Phone: (908) 470-1200
Fax:  (908) 470-1206
Email: ccooke@se-llp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018, a copy of the foregoing Appearance of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filling through the Court's CM/ECF System.

                                                 /s/ *Crystal L. Cooke*
                                      Crystal L. Cooke (RI Bar No. 8773)